Michael Gidwitz, appellant, v. Armour and Company et al., appellees. Gen. No. 40,258.

Opinion filed March 29, 1939.

Arnold I. Shure, for appellant. Kirkland, Fleming, Green, Martin & Ellis, for appellees; Robert N. Golding, of counsel.

Mr. Justice Burke delivered the opinion of the court.